JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

DEVON JENNIFER MARIE PRICE,

Plaintiff,

v.

STS SID LLC and DOES 1 - 10 inclusive,

Defendants.

**Case No. 2:26-cv-02462-E**

**~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE**

The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice, DOES HEREBY ORDER that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 30, 2026

CHARLES F. EICK
United States Magistrate Judge